# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMEI ZHANG,<br><br>            Petitioner,<br><br>      v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>            Respondents. | Case No. 1:26-cv-03316-KES-SAB-HC<br><br>ORDER DIRECTING RESPONDENTS TO FILE EXHIBIT |

In Respondents' response to the petition, "Exh. 1" is cited. (ECF No. 8 at 1, 3.) However, no exhibit was attached to the response or filed.

Accordingly, IT IS HEREBY ORDERED that Respondents SHALL FILE "Exh. 1" within seven (7) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **July 2, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge