UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LAMEI ZHANG,

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-03316-KES-SAB (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENTS' MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT, AND DIRECTING CLERK OF COURT TO CLOSE CASE

Docs. 1, 12, 13

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 13, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting respondents' motion to dismiss and dismissing the petition for writ of habeas corpus as moot, as an immigration judge granted petitioner's asylum application, the government did not appeal that decision, and petitioner is no longer detained by immigration authorities. Doc. 13. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.[1] The parties were advised that failure to file objections within the specified time may result in the waiver of rights on appeal. No objections have been filed, and the time for doing so has passed.

[1] Absent notice of a change of address, service of documents at the prior address of a pro se party shall be fully effective. L.R. 182(f).

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations, Doc. 13, are ADOPTED in full.
2. Respondent's motion to dismiss, Doc. 12, is GRANTED.
3. The petition for writ of habeas corpus, Doc. 1, is DISMISSED as moot.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 6, 2026

UNITED STATES DISTRICT JUDGE